LAZARUS HALLGARTEN AND OTHERS, RESPONDENTS, v. WILLIAM ECKERT AND OTHERS, APPELLANTS.

*Order — power of justice at Special Term to vacate.*

This action was tried before a jury, and a verdict rendered for plaintiffs; defendants appealed to the General Term, and a case was settled and served; the General Term reversed the judgment and ordered a new trial upon a specific objection; after the entry and service of the order of reversal, plaintiffs obtained an order from Mr. Justice DANIELS, allowing them to apply for a resettlement of the case by striking out this exception, and an order striking it out was subsequently made by Mr. Justice VAN BRUNT, from which order an appeal was taken to the General Term, where it was affirmed by default; subsequently a motion was made to have the orders of Justices DANIELS and VAN BRUNT vacated, which was denied. *Held*, that this was proper; that to grant the motion would be to allow one justice at Special Term to reverse and vacate the order of another justice at Special Term; that no such practice exists, nor is there any provision of the Code which permits it.

APPEAL from an order made at Special Term, denying a motion to vacate and set aside certain orders made in the case.

*Abel Crook*, for the appellant.

*Lewis Sanders*, for the respondent.

Opinion by LAWRENCE, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order affirmed, with costs.